**United States District Court**
**Northern District of New York**

| | |
|---|---|
| DOMINIQUE T.,<br>  *Plaintiff,*<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br>  *Defendant.* | Case 5:24-cv-00400-DNH-TWD<br><br><br><br>Stipulation – Document Filed Electronically |

### Parties' Stipulation for Remand

The parties stipulate that the Commissioner's final decision be reversed and that this action be remanded to the Commissioner for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g). The parties further agree that on remand the Commissioner will offer the opportunity for a hearing. The parties consent to the entry of judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Respectfully Submitted,

MARTIN O'MALLEY,

By His Attorneys,
Carla B. Freedman,
United States Attorney

*/s/  Johanny Santana*
Special Assistant United States Attorney
Office of Program Litigation, Office 2
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
(212) 264-4401
Johanny.Santana@ssa.gov

DOMINIQUE T., By Her

Attorney,

*/s/ Steven R. Dolson*
The Law Offices of Steven R. Dolson PLLC
6320 Fly Road - Suite 201
East Syracuse, NY 13057
315-423-3328
Fax: 315-423-3330
Email: sdolson@dolsonattorneys.com

IT IS SO ORDERED:

/s/ David N. Hurd
David N. Hurd
U.S. District Judge

Dated: 10-18-2024